United States District Court
Southern District of Texas
**ENTERED**
February 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA BANION, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-15-1595 |
| § | |
| GEOVERA SPECIALTY INSURANCE § | |
| COMPANY AND RICK CALVERT, § | |
| § | |
| Defendants. § | |

## ORDER

The plaintiff failed to appear in court as ordered on February 5, 2016. Her claim is dismissed for failure to comply with the court's order and to diligently prosecute the case. Another hearing is set for **March 7, 2016, at 10:00 a.m.**, in Courtroom 11B, on the counterclaim filed by GeoVera Specialty Insurance Company. If Ms. Banion fails to appear, the court may grant relief on the counterclaim.

SIGNED on February 8, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge