United States District Court
Southern District of Texas

**ENTERED**
December 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA BANION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1595 |
| | § | |
| GEOVERA SPECIALTY INSURANCE | § | |
| COMPANY AND RICK CALVERT, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons identified in the accompanying Memorandum and Opinion, GeoVera's motion for summary judgment on its counterclaims, Docket Entry No. 32, is granted as to GeoVera's unjust enrichment counterclaim, and denied as to its claim for attorney's fees. GeoVera is entitled to recover $57,529.55 from Banion.

SIGNED on December 15, 2016, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge